IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DATASCOPE ANAYLTICS, LLC; HANSEN IP LAW, PLLC; and ROBBIE SIMMONS, Individually and on behalf of class of similarly situated entities,**<br>                    Plaintiffs,<br><br>           v.<br><br>**COMCAST CABLE COMMUNICATIONS, INC.,**<br><br>                    Defendant. | CIVIL ACTION<br><br>NO. 13-608 |

### O R D E R

**AND NOW,** this 17th day of May, 2013, upon consideration of Comcast Cable Communications, Inc.'s Motion to Dismiss Or, in the Alternative, Motion to Strike (Document No. 13, filed March 27, 2013), Comcast Business Class Plaintiffs' Memorandum Of Law In Opposition To Defendant's Motion To Dismiss (Document No. 16, filed April 24, 2013), Reply Memorandum Of Law In Further Support Of Comcast Cable Communications Management, LLC's Motion To Dismiss Or, In The Alternative, Motion To Strike (Document No. 23, filed May 8, 2013), and Comcast Business Class Plaintiffs' Motion for Class Certification (Document No. 3, filed February 1, 2013), for the reasons set forth in the Memorandum dated May 17th, 2013, **IT IS ORDERED** that Comcast Cable Communications, Inc.'s Motion to Dismiss Or, in the Alternative, Motion to Strike is **GRANTED** for lack of subject matter jurisdiction.  Because the Court lacks subject matter jurisdiction, it does not rule on Comcast Business Class Plaintiffs' Motion for Class Certification.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.

                                                                        **BY THE COURT:**

                                                                         /s/ Hon. Jan E. DuBois
                                                                        **DuBOIS, JAN E., J.**